IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHANAN PHILLIP NELSON,

      Plaintiff,                                  CIV S- 11-2451 GGH

      vs.

MICHAEL J. ASTRUE,                     <u>ORDER</u>
Commissioner of Social Security,

      Defendant.
_____/

      Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the form required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them; however, the affidavit has not been signed by plaintiff but rather by his attorney. Accordingly, the request to proceed in forma pauperis will be denied without prejudice. 28 U.S.C. § 1915(a).

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's request to proceed in forma pauperis is denied.

////

////

////

////

1

2. Plaintiff shall submit another application to proceed in forma pauperis that is signed by him, or pay the appropriate filing fee, within twenty-one (21) days of this order.

Dated: September 30, 2011

                                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Nelson2451.ifp.wpd