IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHANAN PHILLIP NELSON,

    Plaintiff,                                  CIV S- 11-2451 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                             ORDER TO SHOW CAUSE

/

        Plaintiff filed his complaint on September 13, 2011; service was executed upon defendant on December 13, 2011.  On March 12, 2012, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by April 26, 2012 (45 days after service of the answer and administrative transcript). Plaintiff has done neither, and has not communicated with this court since the filing of his complaint.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within fourteen days of the filed date of this order why this case should not be dismissed for lack of prosecution.

\\\\\

1

1  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be
2  dismissed.
3          As both parties have not consented to proceed before the magistrate judge, the
4  Clerk shall assign a district judge to the case in addition to the undersigned.
5  DATED: August 21, 2012

                            <u>/s/ Gregory G. Hollows</u>
                            UNITED STATES MAGISTRATE JUDGE

11  GGH:076/Nelson2451.osc.wpd