IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHANAN PHILLIP NELSON,

    Plaintiff,                        No. 2:11-cv-2451 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                ORDER AND ORDER TO SHOW CAUSE

/

        On August 22, 2012, this court issued an order to show cause why this case should not be dismissed for lack of prosecution. The order was served on plaintiff's counsel of record, Earl Thomas. Mr. Thomas did not respond to the order on behalf of his client; however, on September 14, 2012, plaintiff filed a letter, indicating that he had fired his attorney four months earlier because "[Thomas] has not been representing me as I would like," and that plaintiff would be hiring a new lawyer. The record indicates that on April 24, 2012, the Commissioner filed a certificate of re-service by mail of the administrative transcript on April 24, 2012, because its original service of the Administrative Record on March 12, 2012 to attorney Thomas was returned as "unclaimed." Thomas has not still not filed a summary judgment motion on plaintiff's behalf, as required by this court's scheduling order.

\\\\\

1

The court construes plaintiff's filing, (dkt. no. 16), as a request to substitute himself in pro se until such time as he might obtain counsel.  See E.D. Local Rules 182(d), 183. This request will be granted.

ACCORDINGLY, IT IS ORDERED that:

1. Plaintiff is substituted in this case in pro per, in place of attorney Earl Thomas.

2. The Commissioner shall serve plaintiff with the Administrative Record within seven days of this order at 267 Christine Drive, Sacramento, CA 95815.

3. Plaintiff shall file and serve his motion for summary judgment by November 19, 2012.

4. Attorney Earl Thomas shall show cause within fourteen days of this order for his failure to respond to all orders in this case, and for abandoning his client, and why he should not be barred from practicing in this court.  Failure to respond to this order will result in contempt proceedings and/or other serious sanctions.

5. If Mr. Thomas is aware of a different address for plaintiff other than the one listed above, he shall immediately inform the court and defendant.

6. The Clerk of the Court shall serve this order on Mr. Thomas at his address of record, and on plaintiff at the address listed above.

DATED: September 19, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Nelson2451.ord.wpd