1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHANAN PHILLIP NELSON,

11            Plaintiff,                    No. 2:11-cv-2451 GGH

12        vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

14

15            Defendant.              ORDER
     _____/

16            On September 20, 2012, this court issued an order to show cause to attorney Earl

17   Thomas for his failure to respond to all orders in this case, his abandonment of his client, and

18   why he should not be barred from practicing in this court.  Mr. Thomas filed an untimely

19   response on October 9, 2012, explaining that he had been having difficulties with the electronic

20   filing system.  Mr. Thomas related that his client fired him in January, 2012, and that he

21   "notif[ied] Social Security of my withdrawal immediately."  He also stated that he sent plaintiff a

22   written confirmation of the withdrawal for plaintiff's signature and return for submission to the

23   court, but plaintiff never returned the document.  Mr. Thomas apologized for his previous missed

24   responses which were due to "computer deficiencies."   Mr. Thomas did not explain why he did

25   not file a request for withdrawal with the court in January.

26   \\\\\

1    Mr. Thomas is informed that once litigation has commenced, counsel can

2 withdraw only with court permission.  E.D. Local Rule 182(d).  The court will construe Mr.

3 Thomas' response to the order to show cause as a request to withdraw.[1]

4    Accordingly, IT IS ORDERED that:

5    1.  The order to show cause, issued September 20, 2012, is discharged.

6    2.  The Clerk of the Court shall serve this order on all parties, and on Mr. Thomas

7 at his address of record.

8 DATED: October 15, 2012

9

10                    /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

GGH:076/Nelson2451.dchg.wpd

15

16

17

18

19

20

21

22

23

24

25

26    [1]  Plaintiff was already substituted into the case in pro per by order of September 20, 2012.

2