IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHANAN PHILLIP NELSON,

      Plaintiff,                              No. 2:11-cv-2451 WBS AC

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                             <u>ORDER</u>

_____/

        On September 20, 2012, the court issued an order substituting plaintiff into the case in pro per. Dckt. No. 17. In the same order, the court directed plaintiff to file and serve his motion for summary judgment by November 19, 2012. <u>Id.</u> As of the date of this order, plaintiff has not filed his motion for summary judgment.

        Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's September 19, 2012 order. Plaintiff is warned that failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: December 3, 2012.

                                                    /s/
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE