IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHANAN PHILLIP NELSON,

     Plaintiff,                   No. 2:11-cv-2451 WBS AC

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.               FINDINGS AND RECOMMENDATIONS

_____/

        On September 20, 2012, the court issued an order substituting plaintiff into the case in pro per. Doc. No. 17. In the same order, the court directed plaintiff to file and serve his motion for summary judgment by November 19, 2012. Id. Plaintiff failed to comply with the September 20, 2012 order. On December 3, 2012, the court again ordered plaintiff to file and serve his motion for summary judgment, this time by December 17, 2012. Doc. No. 23. Plaintiff was warned that failure to comply with the order would result in a recommendation that this action be dismissed. Id. The period for compliance has run, and plaintiff has not filed a motion for summary judgment.

////

1

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on plaintiff's failure to prosecute the action and to comply with court orders and Local Rules; and

2. The Clerk be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 3, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE